P. KURT PETERSON (SBN 067123)
KATHERINE G. MORROW (SBN 121511)
PAUL P. DeANGELIS (SBN 193913)
PETERSON WEYAND & MARTIN LLP
49 Stevenson Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

Attorneys for Plaintiff JAMES BAILEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BAILEY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; VINCENT LINZIE, an individual; and DOES 1 - 20,<br><br>Defendants | CASE NO. C 04-04905 CRB<br><br>(Removed from San Mateo Superior Court, Case No. CIV 442 167)<br><br>**DEMAND FOR JURY TRIAL**<br><br>**(FRCP 38(B); L.R. 3-6)** |

Pursuant to Federal Rule of Civil Procedure 38(b) and Local Rule 3-6, Plaintiff JAMES BAILEY hereby demands a jury trial in this action.

Dated: November 23, 2004

PETERSON, WEYAND & MARTIN, LLP

By: /s/ Paul DeAngelis
Paul P. DeAngelis
Attorneys for Plaintiff JAMES BAILEY

DEMAND FOR JURY TRIAL                                           1