1  BUCHALTER NEMER FIELDS & YOUNGER
   A Professional Corporation
2       ADAM J. BASS, ESQ. (SBN 156900)
        SARAH K. ANDRUS, ESQ. (SBN  174323)
3  601 South Figueroa Street, Suite 2400
   Los Angeles, CA  90017-5704
4  Tel: (213) 891-0700/Fax: (213) 896-0400

5  BUCHALTER NEMER FIELDS & YOUNGER
   A Professional Corporation
6       JAMES B. WRIGHT, ESQ. (SBN O63241)
        RICHARD C. DARWIN, ESQ. (SBN 161245)
7  333 Market Street, 25th Floor
   San Francisco, CA 9411
8  Tel: (415) 227-0900/Fax: (415) 227-0770

9  Attorneys for Defendants, AMERIQUEST MORTGAGE
   COMPANY and VINCENT LINZIE
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | JAMES BAILEY, an individual | CASE NO. C 04 4905 CRB |
|---|---|---|
| 15 | Plaintiff, | **ORDER:** |
| 16 | vs. | **(1) RESCINDING TRUSTEE'S FORECLOSURE SALE; AND,** |
| 17 | AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation; VINCENT LINZIE, an individual, and DOES 1 - 20, inclusive, | **(2) RESTORING TITLE, NOTE, DEED OF TRUST AND LIEN; AND,** |
| 18 | | |
| 19 | Defendants. | **(3) DISMISSING CASE WITH PREJUDICE (Fed. Rule Civ. Proc. 41(a)(2)** |
| 20 | | |

21

22        Plaintiff James Bailey ("Bailey") and defendants Ameriquest Mortgage Company

23 ("Ameriquest") and Vincent Linzie, by their undersigned counsel of record, have stipulated that

24 in connection with their settlement of this action, this Court should enter an order setting forth the

25 following terms and conditions, and good cause having been shown,

26        IT IS HERBY ORDERED as follows:

27        1.      With respect to a promissory note dated November 19, 2003 signed by Bailey in

28 favor of Ameriquest (the "Bailey Note") secured by a deed of trust (the "Bailey Deed Of Trust")

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

1   in favor of Ameriquest that was recorded as a first priority lien on the real property located at

2   1175 Westminster Avenue, East Palo Alto, California, the legal description of which is attached

3   hereto as Exhibit "1" (the "Subject Property"), and which was the subject, on or about August 10,

4   2004, of a foreclosure sale (the "Foreclosure Sale") in which the Subject Property was purchased

5   by Ameriquest:

          (A)     The Foreclosure Sale is hereby rescinded; and,

          (B)     Title to the Subject Property is hereby restored to Bailey in the name of

                  "Terry Brent Davis, or his successor, as Trustee of The James Bailey Trust,

                  u/a/d June 9, 2005"; and,

          (C)     The Bailey Note and Bailey Deed Of Trust are hereby restored to

                  Ameriquest and are hereby restored as a first priority lien on the Subject

                  Property; and,

     2.     Upon entry of this Order, Ameriquest shall cause to be recorded on the title of the

Subject Property the Notice of Rescission Of Trustee's Deed Upon Sale, the form of which has

been mutually agreed to by the parties; and,

     3.     Neither the entry of this Order, nor the terms and conditions hereof, are or shall be

construed to be an admission by any party of any liability or fault regarding any fact, allegation or

claim which was or could have been asserted in this case; and,

     4.     This case is hereby dismissed with prejudice pursuant to Fed. Rule Civ. Proc.

41(a)(2), each party's attorneys' fees and costs of suit to be governed by the terms of the

settlement agreement.

DATED: June 22, 2005



_____
DISTRICT JUDGE
APPROVED
Charles R. Breyer

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

BNFY 569564v1

2

ORDER DISMISSING CASE – CASE NO. C 04 4905 CRB

1    SO STIPULATED:

2    DATED: June 21, 2005

3

4    DATED: June 21, 2005

5

6

7    By: _____

8    STEPHEN W. SOMMERHALTER
     Attorneys for Defendants, AMERIQUEST

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
KURT PETERSON
Attorneys for JAMES BAILEY

BUCHALTER NEMER FIELDS & YOUNGER
A Professional Corporation

MORTGAGE COMPANY and VINCENT
LINZIE

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

BNFY 569564v1                                3

ORDER DISMISSING CASE – CASE NO. C 04 4905 CRB

RECORDING REQUESTED BY:
Town & Country Title Services, Inc.


WHEN RECORDED MAIL TO:

AMERIQUEST MORTGAGE COMPANY
ATTN: FORECLOSURE DEPARTMENT
505 CITY PARKWAY WEST, SUITE 100
ORANGE, CA 92868

_____
SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan #: 0063409783                    TS #: T04-14401
A.P # 062-122-060-7                   Other #: z4703458

## NOTICE OF RESCISSION OF TRUSTEE'S DEED UPON SALE

This Notice of Rescission is made this day May 31, 2005 with respect to the following:

1.)     THAT TOWN & COUNTRY TITLE SERVICES, INC. is the duly appointed Trustee under that certain Deed of Trust dated 11/19/2003 and recorded 12/2/2003 as instrument number **03-337135** in book   page   wherein **JAMES BAILEY, AN UNMARRIED MAN** are named as Trustors, **TOWN AND COUNTRY TITLE SERVICES, INC.** is named as trustee, and **AMERIQUEST MORTGAGE COMPANY**, is named as beneficiary;

2.)     THAT AMERIQUEST MORTGAGE COMPANY is the beneficiary of record under that Deed of Trust by virtue of an Assignment of Beneficial Interest recorded ;

3.)     THAT THE DEED OF TRUST encumbers real property located in the County of **San Mateo**, State of **California**, described as follows:
LOT 35, BLOCK 6, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "BAY SHORE PARK, SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON DECEMBER 22, 1926 IN BOOK 14 OF MAPS AT PAGES 60, 61 AND 62.

4.)     THAT BY VIRTUE OF a default under the terms of the Deed of Trust, the beneficiary did declare a default, as set forth in a Notice of Default recorded 4/19/2004 as instrument number **2004-074605** in book  , page   in the office of the Recorder of **San Mateo** County, State of **California**;

5.)     THAT THE TRUSTEE has been informed by the Beneficiary that the Beneficiary desires to rescind the Trustee's Deed recorded upon the foreclosure sale which occurred on August 10, 2004;

6.)     THAT THE EXPRESS PURPOSE of this Notice of Rescission is to return the priority and existence of all title and lien holders to the status quo-ante as existed prior to the trustee's sale;


NOW THEREFORE, THE UNDERSIGNED HEREBY RESCINDS THE TRUSTEE'S SALE AND PURPORTED TRUSTEE'S DEED UPON SALE AND HEREBY ADVISES ALL PERSONS THAT THE TRUSTEE'S DEED UPON SALE DATED 08-10-04 AND RECORDED 08-25-04 AS INSTRUMENT NUMBER 2004-173998 IN THE COUNTY OF San Mateo, STATE OF California, FROM TOWN & COUNTRY TITLE SERVICES, INC. (TRUSTEE) TO AMERIQUEST MORTGAGE COMPANY (GRANTEE) IS HEREBY RESCINDED, AND IS AND SHALL BE OF NO FORCE AND EFFECT WHATSOEVER. THE DEED OF TRUST DATED 11/19/2003, RECORDED 12/2/2003 AS INSTRUMENT NUMBER 03-337135 IN BOOK  , PAGE  , IS IN FULL FORCE AND EFFECT.



EXHIBIT 1

Loan #: 0063409783
A.P # 062-122-060-7

TS #: T04-14401
Other #: z4703458

# NOTICE OF RESCISSION OF TRUSTEE'S DEED UPON SALE

TOWN & COUNTRY TITLE SERVICES, INC., as said Trustee

By _Dawn L. Reynolds_
DAWN REYNOLDS, TRUSTEE MANAGER

By _____

State of California      } SS.
County of Orange      }

On June 16, 2005, before me, Dana A. Rosas Notary Public, personally appeared DAWN L. REYNOLDS personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____
DANA A. ROSAS

(Seal)

DANA A. ROSAS
Commission # 1510096
Notary Public - California
Orange County
My Comm. Expires Aug 27, 2008